OPINION — AG — **** TERM OF FIRST APPOINTEES TO COMMUNITY JUNIOR COLLEGE BOARD **** A MEMBER OF AN INITIAL COMMUNITY JUNIOR COLLEGE BOARD OF TRUSTEES WILL SERVE A TERM OF AT LEAST THREE HUNDRED AND SIXTY FIVE DAYS FROM THE EFFECTIVE DATE OF HIS APPOINTMENT. THE TERM "EXPIRES DURING THE YEAR" AS USED IN 70 O.S. 1971 4404 [70-4404], MEANS THE CALENDAR YEAR ENDING ON DECEMBER 31. A NEWLY ELECTED MEMBER OF THE BOARD OF TRUSTEES WOULD ASSUME OFFICE UPON THE EXPIRATION OF HIS PREDECESSOR'S TERM. CITE: 70 O.S. 1971 4403 [70-4403] (LARRY L. FRENCH)